UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 6:04-cr-007-Orl-31KRS

SHAWN MICHAEL SIMMERER,

    Defendant.

## **ORDER**

This case is before the Court on the following motions:

1.     **MOTION**:    Defendant's Motion/Petition for "Pro Se" Defendant (Ex-Parte) for Court Order to Have Access to Seminole County Jail Legal Library/Facilities to Prepare His § 2255 Motion to Vacate, Set Aside or Correct Sentence (Doc. No. 103, filed May 2, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**. The issues raised in this motion are extraneous to this litigation and are not properly raised in the instant lawsuit. Plaintiff should pursue this matter with the appropriate prison official and, if necessary, initiate separate litigation in the court having jurisdiction over the matter.

2.     **MOTION**:    Defendant's Motion to Amend Ex Parte Motion/Application for Court Order and/or to Use Seminole County Jail Law Facilities (Doc. No. 104, filed May 16, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**.

3.     **MOTION**:    Defendant's Motion to Proceed In Forma Pauperis (Doc. No. 105, filed May 16, 2006).

Thereon it is **ORDERED** that the motion is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 30th day of May, 2006.

Copies to:
sa 5/31
Shawn Michael Simmerer
Counsel of Record

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE